IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Quincy Green, #331198, | ) |
| | ) C/A No. 8:14-1197-JFA |
| Plaintiff, | ) |
| | ) |
| vs. | ) O R D E R |
| | ) |
| Mr. Willie Eagleton (Warden); (Associate Warden) Sellars; Head of Class Dept. Bethea; Lt. Wheeler (over SMU), | ) |
| | ) |
| Defendants. | ) |

Plaintiff is an inmate at Evans Correctional Institution. Proceeding *pro se,* he filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983. By Order dated April 14, 2014, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff was warned that failure to provide the necessary information within the timetable set in the Order may subject the case to dismissal. Plaintiff did not respond to the Order and the time for response has lapsed. Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court. The case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

May 27, 2014                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge